|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| | |
|---|---|
| CHUNG KI CHOE,<br><br>                    Plaintiff,<br><br>   v.<br><br>UNIBANK,<br><br>                    Defendant. | CASE NO. C17-510-JCC<br><br>**ORDER GRANTING AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's amended application to proceed in forma pauperis (Dkt. 4) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 7th day of April, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING AMENDED
APPLICATION TO PROCEED IN FORMA
PAUPERIS - 1