THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHUNG KI CHOE,

          Plaintiff,

  v.

UNIBANK, *et al.*,

          Defendants.

CASE NO. C17-0510-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This minute order reflects the Court's oral ruling at the status conference this morning, as well as subsequent determinations made.

At the hearing, the Court observed that Plaintiff had notice of the status conference and refused to appear. In light of the prior identical suit before Judge Pechman that was dismissed for failure to prosecute, the Court determined that dismissal is likewise appropriate in this case. The Court initially concluded that this matter should be dismissed with prejudice, meaning Plaintiff would not be permitted to refile this suit.

However, after the hearing, the Court determined that the fairest course of action would be to allow Plaintiff to be heard on whether this matter should be dismissed with or without prejudice. Judge Pechman dismissed the previous case without prejudice, as is common where

"failure to prosecute" is the reason for dismissal. The Court could do the same here, but does not wish to encourage Plaintiff to continue filing lawsuits that he does not prosecute.

**Accordingly, Plaintiff has 30 days to SHOW CAUSE why this case should not be dismissed with prejudice.** If Plaintiff does not respond satisfactorily, the case will be dismissed with prejudice and Plaintiff will be unable to bring these charges again.

DATED this 20th day of June 2017.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk